ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta
APR 10 2007
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | NO. 1:07-CR-113 |
| MOHAMMED HAGHIGHI | : | ~~UNDER SEAL~~ (unsealed - 4.16.07 JKP) |

THE GRAND JURY CHARGES THAT:

1. On or about February 4, 2007, in DeKalb County, in the Northern District of Georgia, DeKalb County Police helicopter bearing tail number N90DK responded to a night-time call near the Wesley Club Apartments. The pilots of the police helicopter were wearing night vision goggles.

2. As the pilots sought out the crime scene, their helicopter was repeatedly targeted by a green laser beam emanating from somewhere in the Wesley Club apartment complex. When the laser beam struck the cockpit, it illuminated the entire cockpit glass and temporarily disoriented the pilots.

3. The pilots removed their night vision goggles and spotted an individual standing in or near a breezeway of the apartment complex. The green laser beam was emanating from something this individual was holding.

4. While the pilots attempted to maintain visual contact with the individual with the laser, the individual continued targeting the helicopter. The pilots called in DeKalb County Police ground units, who eventually located defendant MOHAMMED HAGHIGHI. These officers also found discarded in nearby stairwell a hand-held laser with a green laser element.

5. When interviewed by the DeKalb County Police, defendant HAGHIGHI claimed ownership of the laser and admitted to having targeted the police helicopter.

6. On or about February 15, 2007, also in the Northern District of Georgia, federal agents from the Department of Justice, acting in their official capacity, interviewed defendant HAGHIGHI about the helicopter laser incident. Defendant HAGHIGHI denied any role in the matter. Again, after being informed that it is a federal crime to lie to federal agents, defendant HAGHIGHI denied any role in the matter.

7. Therefore, on or about February 15, 2007, in the Northern District of Georgia, in a matter within the jurisdiction of the executive branch of the Government of the United States, namely the Department of Justice, defendant MOHAMMED HAGHIGHI did knowingly and willfully make a materially false, fictitious, and fraudulent

statement, in violation of Title 18, United States Code, Section 1001.

A ___True___ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
ROBERT C. I. McBURNEY
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
voice:    404-581-6184
fax:      404-581-6171
GA Bar #: 481070

3