U.S. Department of Justice
United States Attorney

**FILED IN CHAMBERS**
U.S.D.C. Atlanta

APR 1 0 2007

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

**ORIGINAL**

DIVISION Atlanta
(USAO 2007R00298)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

1:07-CR-113

COUNTY NAME: Fulton          DISTRICT COURT NO.

MAGISTRATE CASE NO. _____

_X_ Indictment        ___ Information        ___ Magistrate's Complaint
DATE: March 27, 2007  DATE:                  DATE:

| UNITED STATES OF AMERICA vs. **MOHAMMED HAGHIGHI** | SUPERSEDING |
|---|---|
| | Prior Case No. & Date Filed |

VIOLATION:

COUNTS CHARGED:                    TOTAL COUNTS:
(as to deft)                        (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony    ___ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. ___ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding ___ Yes ___ No
   Date: _____                    Issued by: _____

IS IN CUSTODY:

4. ___ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges ___ Yes ___ No
   ___ Federal    ___ State
   if Yes, show name of institution _____
   Has detainer been filed ___ Yes        ___ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____<br>JUDGE: _____<br>A.U.S.A.: ROBERT McBURNEY<br>DEFT'S ATTY: _____ |
|---|---|
| | DAVID E. NAHMIAS<br>UNITED STATES ATTORNEY |
| cc: Orig - Court file<br>Copy - U.S. ATTORNEY<br>Copy - Defense Attorney | BY: ROBERT McBURNEY<br>Assistant United States Attorney<br>DATE: April 10, 2007 |